**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William JOHNSTON, Defendant–
Appellant.**

No. 12–8138.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: March 6, 2013.

William Johnston, Appellant Pro se. Robert John Gleason, Office of the United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Johnston appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. John-* *ston,* No. 3:00–cr–00135–GCM–1 (W.D.N.C. Nov. 15, 2012). We deny as unnecessary Johnston's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*